ANNE LIBBY McDONALD v. ATLANTIC GREYHOUND CORPORATION.

(Filed 30 April, 1941.)

Appeal by plaintiff from *Parker, J.,* at December Civil Term, 1940, of Wake.
Civil action for recovery for personal injuries allegedly resulting from actionable negligence.
The jury answered the issue of negligence in the negative. From judgment thereon, plaintiff appeals to Supreme Court and assigns error.

*Little & Wilson and R. L. McMillan for plaintiff, appellant.*
*Douglass & Douglass for defendant, appellee.*

Per Curiam. A careful consideration of the several assignments of error shown in the record on this appeal fails to reveal cause for disturbing the result of the trial in the Superior Court. Hence, in the judgment below, there is
No error.